1040

[No. 40749-0-I.    Division One.    June 29, 1998.]

SUSAN S. JOHNTSON, ET AL., *Appellants*, v. ROBERT CLARK
KINZINGER, *Individually and as Personal
Representative, Respondent.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 96-2-01514-1, John Meyer, J., entered May 27,
1997. *Reversed* by unpublished per curiam opinion.

[No. 40943-3-I.    Division One.    June 29, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. CALVIN
MANLEY SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 97-1-00957-6, Robert H. Alsdorf, J., entered
June 12, 1997. *Reversed* by unpublished per curiam
opinion.

[No. 41017-2-I.    Division One.    June 29, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DWIGHT DEAN
DAHL, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 94-1-03108-9, Jeanette R. Burrage, J., entered
June 19, 1997. *Affirmed* by unpublished opinion per Agid,
J., concurred in by Kennedy, C.J., and Becker, J.

[No. 15786-5-III.    Division Three.    June 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY HENRY
KNAUFF, *Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 95-1-02239-2, Kathleen M. O'Connor,
J., entered May 10, 1996. *Affirmed* by unpublished opinion
per Sweeney, J., concurred in by Kurtz, A.C.J., and Kato, J.